IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KEVIN DAVID WILSON,

    Plaintiff,

v.                                             CIVIL ACTION NO.: CV614-028

Sgt. WALKER; STANLEY WILLIAMS;
Deputy Warden JOHNSON; and
SMITH STATE PRISON,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff contends that Defendant Walker denied his "right/privilege" to speak to Warden Johnson after Defendant Walker allegedly used an excessive amount of force against Plaintiff. Plaintiff has no right or privilege to speak to a particular person, and Defendant Walker cannot be held liable for his alleged denial of a right or privilege which does not exist.

Plaintiff's Objections are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's claims against

Defendants Smith State Prison, Williams, and Johnson and his monetary damages claims against Defendant Walker in his official capacity are **DISMISSED**.

**SO ORDERED**, this 20 day of August, 2014.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA